

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00752-CV

THERESA CHINYERE ONWUEGBUCHU
AND INNOCENT C. ONWUEGBUCHU, Appellants

V.

CITYWIDE ATM, INC. D/B/A CITYWIDE ATM, Appellee

Appeal from the County Civil Court at Law No. 3 of Harris County (Tr. Ct. No. 1030284)

Appellants, Theresa Chinyere Onwuegbuchu and Innocent C. Onwuegbuchu, have neither established indigence nor paid, or made arrangements to pay, all the required fees. Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellants did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

It is further **ORDERED** that appellants pay all costs incurred by reason of this appeal. It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered December 30, 2014.

Judgment rendered by panel consisting of Justices Jennings, Bland, and Massengale.